IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEAN PHILIP HARRIS,                                         CV. 07-1654-KI

        Plaintiff,                                                ORDER

   v.

DR. VARGO, et al.,

        Defendants.

KING, Judge

    Plaintiff, an inmate at the Oregon State Penitentiary, brings this civil rights action complaining that he has received inadequate medical treatment.  Currently before the court is plaintiff's motion for preliminary injunction.

    Plaintiff has failed to serve a copy of his motion for preliminary injunction upon the opposing parties.  Plaintiff's certificate of service, attached to his amended complaint, indicates only that the motion was "served" upon the Clerk of the Court.  Pursuant to Fed. R. Civ. P. 65(a), "[t]he court may issue a preliminary injunction only on notice to the adverse party."

1 -- ORDER

Accordingly, plaintiff's motion for preliminary injunction (#7) is DENIED, with leave to renew showing service of the motion upon the opposing parties.

IT IS SO ORDERED.

DATED this ____19th____ day of February, 2008.

                                                  /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge